Date: 03/21/11

# DIVIDENDS REMITTED TO THE COURT

Check Number 2008 Dated 03/21/11
Case Number 10-34045 - BRUNER, DAVID MATTHEW

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| EAST CENTRAL SANITATION<br>PO BOX 671<br>CAMBRIDGE MN 55008<br>5057 | 000004 | 60.52 | 1.04 |
| EAST CENTRAL ENERGY<br>PO BOX 39<br>BRAHAM MN 55006 | 000005 | 229.36 | 3.95 |
| ---------- Remittance Total ---------- | | 289.88 | 4.99 |

*[signature]*

MICHAEL J. IANNACONE, Trustee

Rec #3540

COURT1

Printed: 03/21/11 10:51 AM   Ver: 16.01c